# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **JANICE CARTER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No.: 1:23-cv-00007 |
| | ) |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION,** | ) ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**. Counts I and II are **DISMISSED WITHOUT PREJUDICE**, and because Carter's pleading deficiencies may be cured by amendment, she is given leave to file a Second Amended Complaint within 14 days of this Order.

It is so **ORDERED**.

Entered: June 14, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge